UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID KATZAKIAN, et al.,** | Case No. 1:15-cv-00249-WBS-SAB |
| Plaintiff(s) | **ORDER** |
| vs. | |
| **TOTAL ACCOUNT RECOVERY LLC.** | |
| Defendant. | |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated:  June 23, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1